# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00185-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 11) |
| MANUEL ANTHONY QUINONES, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to continue the arraignment and plea in the instant case, which is currently set for August 7, 2020, at 10:30 a.m.  Docket No. 11.  The parties submit that defense counsel will be out of town on August 7, 2020; Defendant is currently in custody in North Las Vegas Municipal Court and will be released in two weeks; and the parties agree to the continuance.  *Id*. at 1.  Accordingly, the parties ask the Court to continue the date of Defendant's arraignment and plea by 14 days, or to a date suitable to the Court.  *Id*.

Accordingly, the parties' stipulation, Docket No. 11, is hereby **GRANTED**.[1]  Defendant's

---

[1]  The parties provided a proposed order as a part of their stipulation; however, the proposed order contains inaccurate information.  First, the proposed order contains the wrong case number.  Docket No. 11 at 3, 4.

Additionally, the title in the signature line is incorrect, as it uses the term United States Magistrate.  *Id*. at 4.  There are, however, no "magistrates" in the federal court system, and there have not been for nearly three decades.  *See, e.g.*, *Williams v. City of Mesa*, 2010 WL 2803880, at *2 n.1 (D. Ariz. July 15, 2010).  In the Judicial Improvement Act of 1990, Congress changed the formal title of United States Magistrate to United States Magistrate Judge, effective December 1, 1990.  *See Dixon v. Ylst*, 990 F.2d 478, 480 n. 1 (9th Cir. 1993).  Thus, a magistrate judge may be appropriately called judge or magistrate judge, but not magistrate.  The Court expects the parties to check their filings to ensure accuracy prior to filing them on the docket.

arraignment and plea in the instant case, currently set for August 7, 2020, at 10:30 a.m., is **CONTINUED** to August 25, 2020, at 1:00 p.m., in Courtroom 4B.

IT IS SO ORDERED.

DATED: July 31, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE