JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JACOB OPERSKALSKI
Nevada Bar Number 14746
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
jacob.operskalski@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        vs.<br><br>MANUEL ANTHONY QUINONES,<br><br>                 Defendant. | Case No. 2:20-CR-00185-CDS-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING** |

   IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Chris Rasmussen, counsel for Manuel Anthony Quinones, that the Sentencing Hearing currently scheduled on September 1, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

   This Stipulation is entered into for the following reasons:

   1. Counsel is requesting additional time to prepare for the sentencing hearing.

   2. The defendant out of custody and agrees with the need for the continuance.

   3. This is the first request for a continuance of the sentencing hearing.

   DATED this 30th day of August, 2022.

1

1
2   JASON M. FRIERSON
    United States Attorney

3       */s/ Jacob Operskalski*                           */s/ Chris Rasmussen*
4   JACOB OPERSKALSKI                              CHRIS RASMUSSEN
    Assistant United States Attorney               Counsel for Defendant Manuel Anthony
5                                                  Quinones

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00185-CDS-NJK |
| Plaintiff, | |
| vs. | ORDER |
| MANUEL ANTHONY QUINONES, | |
| Defendant. | |

## ORDER

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 1, 2022 at 10 a.m. is vacated and continued to October 6, 2022 at 10:00 a.m. in courtroom 6B.

DATED this __31st__ day of August, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

3